### THE TILLIE BAKER.

(District Court, E. D. Pennsylvania. March 22, 1909.)

#### No. 7.

SEAMEN (§ 19*)—DISCHARGE—WAGES.
  Where the cook of a ship was lawfully discharged, in settling his wages the master could not deduct a sum paid by him to obtain advice for his guidance in connection with such discharge.
  [Ed. Note.—For other cases, see Seamen, Dec. Dig. § 19.*]

In Admiralty. Libel for wages. On final hearing.
See, also, 168 Fed. 941.

Lionel Teller Schlesinger, for libelant.
Edward F. Pugh, for respondent.

J. B. McPHERSON, District Judge. At the time of his discharge from the position of cook, the libelant was concededly entitled to $5 more than he received, and I think that the deduction of this sum to reimburse the master for counsel fees that were paid by him in order to obtain advice for his own guidance was improperly made. I agree that the discharge was justified, and that the libelant's right to wages ceased when he was taken off the ship; but for the sum of $5, with costs, he is entitled to a decree.